UNDER SEAL

FILED 23 JAN '25 16:36 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00025-SI** |
| **v.** | **INDICTMENT** |
| **JOSEPH JOHN DIPERI,** | **18 U.S.C. § 933(a)(1)**<br>**18 U.S.C. § 922(b)(5)**<br>**26 U.S.C. § 5861(d)**<br>**18 U.S.C. § 922(m)** |
| **Defendant.** | |
| | **Forfeiture Allegation** |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Firearms Trafficking)**
**(18 U.S.C. § 933(a)(1))**

On or between March 24, 2022, through March 22, 2024, in the District of Oregon, the defendant **JOSEPH JOHN DIPERI**, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Stribog, model SP9A1 with serial number GSA26546 to AW1 in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by AW1 would constitute a felony;

In violation of Title 18, United States Code, Section 933(a)(1).

**COUNT 2**
**(Failure by Federally Licensed Dealer to Keep Proper Records)**
**(18 U.S.C. § 922(b)(5))**

On or about August 24, 2022, through March 22, 2024, in the District of Oregon, defendant **JOSEPH JOHN DIPERI**, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully deliver to AW1, a firearm, that is, a Stribog, model SP9A1 with serial number GSA26546, without noting in the defendant's records required to be kept by law pursuant to Title 18, United States Code, Section 923, the name, age, or place of residence of the purchaser of the firearms;

In violation of Title 18, United States Code, Sections 922(b)(5) and 924(a)(1)(D).

**COUNT 3**
**(Unlawful Possession of a Silencer)**
**(26 U.S.C. §§ 5841, 5861(d), and 5871)**

On or about March 27, 2024, in the District of Oregon, the defendant **JOSEPH JOHN DIPERI** did knowingly and unlawfully possess a firearm, that is a silencer, not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**COUNT 4**
**(Failure to Make Entry in Records by Federal Firearms Dealer)**
**(18 U.S.C. § 922(m))**

On or about August 24, 2022, through March 27, 2024, in the District of Oregon, defendant **JOSEPH JOHN DIPERI**, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly failed to maintain a record the defendant was required to keep pursuant to Section 923 of Title 19, United States Code;

In violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

## FORFEITURE ALLEGATION

Upon conviction of the offenses in Counts 1, 2, 3, or 4, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses; and (c) any firearm or ammunition involved in or used in any violation of any criminal law of the United States.

Dated: January 23, 2025

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

NICOLE M. HERMANN, OSB #126353
Assistant United States Attorney